UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                              CHAPTER 13 PROCEEDING:
ABEL & IDA RODRIGUEZ                                09-10364-B-13
DEBTORS

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Jul 2, 2009.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Creditor listed below has refused payment.

    AMERICAS SERVICING COMPANY
    ONE HOME CAMPUS BK PMT PROC
    MAC X2302 04C
    DES MOINES, IA  50328

5. As a result, funds owed to the creditor in the amount of $104.17 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted: Tue, April 13, 2010

                                                                          Cindy Boudloche
                                                                          Chapter 13 Trustee
                                                                          555 N. Carancahua  Ste 600
                                                                          Corpus Christi, TX  78401-0823
                                                                          (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                                                                               CHAPTER 13 PROCEEDING:
ABEL & IDA RODRIGUEZ                                                                 09-10364-B-13
DEBTORS

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Apr 13, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

ABEL AND IDA RODRIGUEZ
34250 RESACA VISTA DR
LOS FRESNOS, , TX  78566

BAILEY AND GALYEN ATTORNEYS AT LAW
2200 BOCA CHICA BLVD  STE 120
BROWNSVILLE, TX  78521

AMERICAS SERVICING COMPANY
ONE HOME CAMPUS BK PMT PROC
MAC X2302 04C
DES MOINES, IA  50328

BRICE VANDER LINDEN & WERNICK
PO BOX 829009
DALLAS, TX  75382-9009